UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 2:15 CR 30 |
| | ) | |
| PETERSON MONTGOMERY | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated February 26, 2019 (DE # 48), to which the parties have waived any objections (*id*. at 3), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of his supervised release described in the April 24, 2018, Petition (DE # 32). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of time served. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: February 27, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT